In the Matter of HARRY L. DE BACK, Respondent, against TOWN OF IRONDE-QUOIT, Monroe County, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment and order for petitioner in an action by a volunteer fireman for damages for injuries received while alleged to be on duty.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

ORA B. CARTER et al., Appellants, v. CORNELIUS J. DWYER JR., et al., Respondents and Third-Party Plaintiffs-Appellants. COUNTY OF MONROE, Third-Party Defendant-Respondent.— Judgments affirmed, with costs. All concur. (Appeals from two judgments dismissing plaintiffs' complaint and the complaint of the third-party plaintiff, in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of the Guardianship of NIKKI J. Ross, an Infant. THOMAS A. Ross, Appellant; RAY H. MANN, SR., Respondent.— Order insofar as appealed from affirmed, without costs of this appeal to either party. All concur. (Appeal from part of an order dismissing the petition of Thomas A. Ross, granting the cross petition of Ray H. Mann, Sr., and directing that letters of guardianship of the person of Nikki Jean Ross issue to Ray H. Mann, Sr.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

ISADORE J. BADURA, Appellant, v. ARTHUR C. BADURA, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

EUGENE BRELAND, Appellant, v. PETER DELAPORTA, Individually and/or Doing Business as Paradise Grill, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment and order dismissing plaintiff's complaint in an action for damages for personal injuries received in a grill.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 1001.]